Ryan Lee (SBN: 024846)
Krohn & Moss, Ltd.
10474 Santa Monica Blvd., Suite 401
Los Angeles, CA 90025
Tel: 323-988-2400 x241
Fax: 866-583-3695
rlee@consumerlawcenter.com
Attorneys for Plaintiff,
Timothy Backer

**UNITED STATES DISTRICT COURT**
**DISTRICT OF ARIZONA**

| | |
|---|---|
| Timothy Backer,<br><br>        Plaintiff,<br><br>    v.<br><br>Allied International Credit Corp.,<br><br>        Defendant. | Case No.: 2:11-cv-00026-SRB<br><br>**VOLUNTARY DISMISSAL WITH PREJUDICE** |

<u>**VOLUNTARY DISMISSAL WITH PREJUDICE**</u>

Plaintiff, Timothy Backer, by and through his attorneys, Krohn & Moss, Ltd., hereby voluntarily dismisses the above-entitled case with prejudice.

Respectfully Submitted,

Dated: March 7, 2011          KROHN & MOSS, LTD.


By: <u>/s/ Ryan Lee</u>

Ryan Lee
Attorney for Plaintiff

- 1 -

Notice of Voluntary Dismissal

## CERTIFICATE OF SERVICE

I hereby certify that on March 7, 2011, I served a copy of this document via ELECTRONIC MAIL upon the following:

Tom J. McCausland
16635 Yonge Street, Suite # 26
Newmarket, Ontario L3X 1V6
tom.mccausland@alliedghi.com

By: /s/ Ryan Lee

Ryan Lee
Attorney for Plaintiff